UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:96−cr−00815
Honorable John J. Tharp Jr.

Edward Lee Jackson Jr, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2020:

MINUTE entry before the Honorable John J. Tharp, Jr. as to Edward Lee Jackson Jr.: Defendant's Motion to Clarify Case Assignment [876] is granted. The Honorable Judge Kendall will preside over Defendant's 2255 Motion in case 16 C 7775 as the assigned Judge. Judge Tharp will preside over Defendant's Motion for Relief Under First Step Act (Dkt. 875 in underlying criminal case 96 CR 815) as the assigned Judge. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.