# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:96−cr−00815
                                      Honorable John J. Tharp Jr.

Edward Lee Jackson Jr, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr. as to Edward Lee Jackson: Telephone conference held with counsel only. Defendant Jackson's motion for relief under the First Step Act [875] is denied as moot in light of the need for a resentencing following vacation of § 924(c) convictions addressed in Jackson's § 2255 petition in 16 C 7775. The Probation Department is to prepare a supplemental PSR by 12/14/20. A sentencing hearing is set for February 2, 2021 at 3:00 p.m. The parties are required to submit Sentencing Memoranda to the Court by January 13, 2021. Responses and objections to each party's Sentencing Memorandum, if any, are due by January 22, 2021 Defense counsel to report to the Court by December 18, 2021 whether defendant consents to conduct the sentencing hearing by video conference. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.