UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 96 CR 815-1 |
| | ) | |
| EDWARD LEE JACKSON, JR., | ) | Judge Tharp Jr. |
| | ) | |
| Defendant. | ) | |

**RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Edward Lee Jackson, Jr.. The judgment for $25,000.00 has been vacated. The lien recorded at the Cook County Recorder's Office as document number 0020023882 on January 07, 2002 is hereby released.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Linda A. Wawzenski
　　LINDA A. WAWZENSKI
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　312-353-1994
　　linda.wawzenski@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Edward Lee Jackson, Jr.
FCI Cumberland (BOP# 07546-424)
P.O. Box 1000
Cumberland, Maryland 21501

          By: s/ Linda A. Wawzenski
              LINDA A. WAWZENSKI
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              312-353-1994
              linda.wawzenski@usdoj.gov